UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

ELBA BRYANT,

    Plaintiff,

v.

CAB ASSET MANAGEMENT, LLC,

    Defendant.
_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA").

### JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

### PARTIES

3.    Plaintiff, ELBA BRYANT, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, CAB ASSET MANAGEMENT, LLC, is a limited liability company and citizen of the State of Maryland with its principal place of business at Suite 205B, 8725 Loch Raven Boulevard, Towson, Maryland 21286.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following messages on Plaintiff's voice mail on her residential telephone or about the dates stated:

July 22, 2009 – Call #1 – Pre-Recorded Message
Hello. This is an important call for Elba Melendez. This is not a sales or marketing message. Please call us back at 866-650-1858. Again, please call 866-650-1858 and reference number 1147341. Thank you.

July 22, 2009 – Call #2 – Pre-Recorded Message
Hello. This is an important phone call regarding a time-sensitive business matter associated with the Social Security Number of Elba Melendez. This matter has been placed in our office and requires your prompt attention. Please press 9 to connect with a representative now. Thank you.

July 23, 2009 – Pre-Recorded Message
Hello, this is an important call for Elba Melendez. This is not a sales or marketing message. Please call us back at 866-650-1858. Again, please call, 866-650-1858, and reference number 1147341. Thank you.

July 28, 2009 – Pre-Recorded Message
Hello. This is an important call for Elba Melendez. This is not a sales or marketing message. Please call us back at 866-650-1858. Again, please call 866-650-1858 and reference number 1147341. Thank you.

July 29, 2009 – Pre-Recorded Message
Hello.  This is an important phone call regarding a time sensitive business matter associated with the Social Security number of Elba Melendez.  This matter has been placed in our office and requires your prompt attention.  Please press 9 to connect with a representative now.  Thank you.

August 7, 2009 – Pre-Recorded Message
Hello.  This is an important phone call regarding a time sensitive business matter associated with the Social Security Number of Elba Melendez.  This matter has been placed in our office and requires your prompt attention.  Please press 9 to connect with one of our representatives now.  Thank you.

August 10, 2009 – Pre-Recorded Message
To one of our representatives now.  Hello.  This is an important phone call regarding a time sensitive business matter associated with the Social Security Number of Elba Melendez.  This matter has been placed in our office and requires your prompt attention.  Please press 9 to connect to one of our representatives now.

August 12, 2009 – Pre-Recorded Message
Representative now.  Hello.  This is an important phone call regarding a time sensitive business matter associated with the Social Security Number of Elba Melendez.  This matter has been placed in our office and requires your prompt attention.  Please press 9 to connect to one of our representatives now.

August 14, 2009 – Call #1 – Pre-Recorded Message
Representative now.  Hello.  This is an important phone call regarding a time sensitive business matter associated with the Social Security Number of Elba

Melendez.  This matter has been placed in our office and requires your prompt attention.  Please press 9 to connect to one of our representatives now.

August 14, 2009 – Call #2 – Pre-Recorded Message
Representative now.  Hello.  This is an important phone call regarding a time sensitive business matter associated with the Social Security Number of Elba Melendez.  This matter has been placed in our office and requires your prompt attention.  Please press 9 to connect to one of our representatives now.

August 18, 2009 – Call #1 –  Pre-Recorded Message
A representative now.  Hello.  This is an important phone call regarding a time sensitive business matter associated with the Social Security Number of Elba Melendez.  This matter has been placed in our office and requires your prompt attention.  Please press 9 to connect to one of our representatives now.

August 18, 2009 – Call #2
Yes Elba Bryant, uh, please give me a call when you do receive this message.  This is Rob Kerr.  I left a message yesterday.  I think I left it under Elba Melendez.  Listen, um, I really need to discuss a very important matter that was brought to my attention yesterday, uh, regarding some information I need to clarify with either you or your attorney regarding this matter. Uh, please give me a call back at 1-877-663-0115.  My direct extension is 108 and have your attorney or yourself refer to, uh, file 1147341 and again this is Rob Kerr.  I thank you very much in advance for your prompt reply.

August 21, 2009
Yes Elba, this is Rob Kerr.  I've been leaving several messages on your voicemail already regarding a very important matter.  I don't know if your voicemail is broken or what.  Listen, I need to talk to your attorney about a matter that has been attached to your name and Social Security Number.  My number here is 1-877-663-0115.  My extension is 108 and again refer to the file number that this is connected with.  The file number is 1147341.  Thank you.

September 15, 2009 – Pre-Recorded Message
Representatives now. Hello, this is an important phone call regarding a time sensitive business matter associated with the social security number of Elba

4

Melendez. This matter has been placed in our office and requires your prompt attention. Please press 9 to connect to one of our representatives now.

<u>September 25, 2009 – Pre-Recorded Message</u>
Call between the hours of 8:00 AM and 9:00 PM Eastern Time at 866-875-3784 Mondays and Thursdays, and 8:00 AM to 7:00 PM Tuesdays and Wednesdays, and Fridays 8:00 to 5:00, Saturday 8:00 till noon.

11. Defendant left similar or identical messages on other occasions. (Collectively, "the telephone messages").

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See <u>Berg v. Merchs. Ass'n Collection Div</u>., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

14. Plaintiff incorporates Paragraphs 1 through 13.

15. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See <u>Foti v. NCO Fin. Sys</u>., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and <u>Belin v. Litton Loan Servicing</u>, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and <u>Leyse v. Corporate Collection Servs</u>., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

16.    Plaintiff incorporates Paragraphs 1 through 13.

17.    Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See _Valencia v The Affiliated Group, Inc_., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); _Wright v. Credit Bureau of Georgia, Inc._, 548 F. Supp. 591, 593 (D. Ga. 1982); and _Hosseinzadeh v. M.R.S. Assocs._, 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT III

**TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING**

18. Plaintiff incorporates Paragraphs 1 through 13.

19. Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See *Sanchez v. Client Servs*., 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

**COUNT IV**
**ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT**

20. Plaintiff incorporates Paragraphs 1 through 13.

21. Defendant asserted the right to collect a debt by leaving repeated telephone messages for Plaintiff without disclosing its name and that it is a debt collector and the purpose of its communications when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    declaring that Defendant's practices violate the FCCPA;

    d.    permanently injoining Defendant from engaging in the complained of practices; and

    e.    Such other or further relief as the Court deems proper.

## COUNT V
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

22.    Plaintiff incorporates Paragraphs 1 through 13.

23.    By failing to disclose its name, that it is a debt collector and the purpose of its communication, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    declaring that Defendant's practices violate the FCCPA;

      d.    permanently injoining Defendant from engaging in the complained of practices; and

      e.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

>DONALD A. YARBROUGH, ESQ.
>Attorney for Plaintiff
>Post Office Box 11842
>Ft. Lauderdale, FL 33339
>Telephone: 954-537-2000
>Facsimile: 954-566-2235
>donyarbrough@mindspring.com
>
>By: s/ Donald A. Yarbrough
>Donald A. Yarbrough, Esq.
>Florida Bar No. 0158658