UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61514-CIV-HUCK/O'SULLIVAN

ELBA BRYANT,

    Plaintiff,

v.

CAB ASSET MANAGEMENT, LLC,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Plaintiff's Verified Motion for an Award of Costs and Attorney's Fees (D.E. #14), filed January 10, 2011. On April 6, 2011, Magistrate Judge John O'Sullivan entered a Report and Recommendation (D.E. #23), in which he recommended that Plaintiff's Motion be granted in part and denied in part. Judge O'Sullivan recommended that Plaintiff be awarded a total of $2,103.00 in attorney's fees and $405.00 in costs. Neither party has filed any objections to the Report and Recommendation. The Court has independently reviewed the Report and Recommendation and the pertinent portions of the record. Being otherwise duly advised, the Court adopts the findings of fact and conclusions in the Report and Recommendation. Accordingly, it is hereby

ORDERED that Judge O'Sullivan's Report and Recommendation (D.E. #23) is ADOPTED, and Plaintiff's Motion (D.E. #14) is GRANTED IN PART and DENIED IN PART. Plaintiff is awarded fees in the amount of $2,103.00 and costs in the amount of $405.00.

DONE and ORDERED in Chambers, Miami, Florida, April 26, 2011.

_____
Paul C. Huck
United States District Judge

Copies furnished to:
Magistrate Judge John J. O'Sullivan
All Counsel of Record