UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-61514-CIV-HUCK/O'SULLIVAN

ELBA BRYANT,

    Plaintiff,

v.

CAB ASSET MANAGEMENT, LLC,

    Defendant.

_____/

## ORDER

THIS CAUSE is before the Court on the defendant CAB Asset Management, LLC's Motion for Clarification (DE # 26). The defendant seeks clarification regarding the undersigned's April 6, 2011 Report and Recommendation (DE # 23) on the Plaintiff's Verified Motion for an Award of Costs and Attorney's Fees (DE # 14). Having carefully considered the pertinent filings, the record and the applicable law, the undersigned grants the defendant's request for a clarification of the undersigned's April 6, 2011 Report and Recommendation as follows. (DE # 26.)

The defendant contends that the undersigned's April 6, 2011 "Report & Recommendation contains an apparent typographical error and notes 7.01 hours" as the amount of attorney time the plaintiff sought compensation for in her motion for fees and costs. (DE # 26 at 1-2.) The undersigned's April 6, 2011 Report and Recommendation stated in part as follows:

> On January 10, 2011, the plaintiff filed her Verified Motion for an Award of Costs and Attorney's Fees pursuant to 15 U.S.C. § 1692 *et seq.* seeking reimbursement for 4.02 hours of attorney time at an hourly rate of $350.00

> for a total of $1,407.00 in fees and $405.00 in costs for service of process and filing fees.  (DE # 14 at 6.)  In support of the motion for fees and costs, the plaintiff submitted a declaration of the plaintiff's attorney, Donald A. Yarbrough (hereinafter "Attorney Yarbrough") and a supplement to the declaration which include Attorney Yarbrough's time records and documents substantiating costs incurred in the case.  (DE # 16-1; DE # 16-2; DE # 21-1.) The supplement to the declaration sets out additional attorney's fees incurred for work associated with the instant motion for fees and costs which entail 2.99 hours of attorney time at an hourly rate of $350.00 for a total of $1,046.50. (DE # 21 at 1.)

(DE # 23 at 2.)

As indicated in the undersigned's April 6, 2011 Report and Recommendation, the Plaintiff's Verified Motion for an Award of Costs and Attorney's Fees sought compensation for 4.02 hours of attorney time and the Supplemental Declaration of Donald A. Yarbrough In Support of Plaintiff's Motion for an Award of Costs and Attorney's Fees sought compensation for an additional 2.99 hours of attorney time expended in litigating the fees and costs motion.  (DE # 14 at 6; DE # 21 at 1.) Plaintiff's Verified Motion for an Award of Costs and Attorney's Fees specifically stated that "Under the FDCPA, a prevailing Plaintiff is entitled to attorney's fees and costs incurred in the litigation of this Motion for Attorney's Fees and Costs, and, accordingly, Plaintiff will file a supplemental Declaration once Defendant has filed its opposition and Plaintiff has filed her reply detailing the additional time spent on the litigation of this motion."  (DE # 14 at 6.)  The plaintiff then filed the Supplemental Declaration of Donald A. Yarbrough In Support of Plaintiff's Motion for an Award of Costs and Attorney's Fees explaining that "[s]ince the filing of Plaintiff's [fees and costs] motion, [Attorney Yarbrough] expended a total of 2.99 hours with respect to the litigation of Plaintiff's Motion for an Award of Costs and Attorney's Fees."  (DE # 21 at 1.)  Therefore, it is

abundantly clear from the plaintiff's filings that the plaintiff sought compensation for 7.01 hours of Attorney Yarbrough's time.

      DONE AND ORDERED, in Chambers, at Miami, Florida, this **9th** day of May, 2011.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
United States District Judge Huck
All counsel of record